MINNIE A. BLANCHARD, Plaintiff, *v.* GORDON B. ARCHER et al., Respondents, and WILLIAM C. JOHNSON, Appellant, Impleaded with Others.

*Blanchard* v. *Archer,* 102 App. Div. 627, affirmed.
(Argued March 15, 1906; decided April 3, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered

March 18, 1905, affirming an amended final judgment in favor of defendants, respondents, in an action for partition.

*John A. Garver* and *Harold Swain* for appellant.

*Jason B. Parrish* for respondents.

Judgment affirmed, with costs ; no opinion.

Concur : CULLEN, Ch. J., GRAY, HAIGHT and CHASE, JJ. Dissenting : EDWARD T. BARTLETT, J. Not voting : VANN, J. Not sitting : WILLARD BARTLETT, J.